IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13-cv-295

| | |
|---|---|
| ECHOVIEW MILLS, LLC, LANDFAIR FARMS, LLC, and JULIE JENSEN, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| ONEPATH SYSTEMS, LLC, | ) ) |
| Defendant. | ) ) |

**THIS MATTER** is before the Court on Hayley R. Wells' Application for Admission to Practice *Pro Hac Vice* of John Edward Bellus, Jr. It appearing that John Edward Bellus, Jr. is a member in good standing with the Georgia State Bar and will be appearing with Hayley R. Wells, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Hayley R. Wells' Application for Admission to Practice *Pro Hac Vice* (#5) of John Edward Bellus, Jr. is

**GRANTED**, and that John Edward Bellus, Jr. is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Hayley R. Wells.

Signed: November 15, 2013

Dennis L. Howell
United States Magistrate Judge