IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13-cv-295

| | |
|---|---|
| ECHOVIEW MILLS, LLC, LANDFAIR FARMS, LLC, and JULIE JENSEN, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| ONEPATH SYSTEMS, LLC, | ) ) |
| Defendant. | ) ) |

**THIS MATTER** is before the Court on Robert A. Mays' Application for Admission to Practice *Pro Hac Vice* of Marc B. Heath. It appearing that Marc B. Heath is a member in good standing with the Vermont State Bar and will be appearing with Robert A. Mays, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Robert A. Mays' Application for Admission to Practice *Pro Hac Vice* (#8) of Marc B. Heath is **GRANTED**, and

that Marc B. Heath is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Robert A. Mays.

Signed: December 10, 2013

Dennis L. Howell
United States Magistrate Judge